FILED
CLERK U.S. DISTRICT COURT

JUN 2 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIYON DEVON JONES,

Defendant.

Case No.  09-00762-GW

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒      the appearance of defendant as required; and/or

☒      the safety of any person or the community.

//

//

//

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk to the safety of other persons or the community is based on:

- Instant allegations in violation petition.
- Criminal history.

☒ Defendant is a risk of flight, and the Court finds that defendant has not met his burden of establishing by clear and convincing evidence that he is not such a risk. The risk of flight is based on:

- Instant allegations in violation petition.
- No known bail resources.
- Unverified information.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 06/24/2016

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE